**Order entered December 2, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00628-CR

**BLANEY EARL BARNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75611-U**

### ORDER

Before the Court is the November 23, 2022 request of court reporter Sasha S. Brooks for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 19, 2022**.

/s/     LANA MYERS
          JUSTICE